UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff,<br><br>v.<br><br>**[2] DERECK MUÑOZ-NIEVES, a/k/a "MACACO"**, Defendant. | CRIMINAL NO.  18-23-2 (PAD) |

### JOINT INFORMATIVE MOTION REGARDING WITNESSES

In February, the Court issued the following order:

> the parties shall file a joint informative motion indicating: (1) estimated length of trial, aggregating the time to be used by the court interpreters and in connection with cross-examination; (2) how many witnesses each party intends to call to testify at trial, (3) if any witnesses are in custody and the name of the institution, (4) whether any of those witnesses are out of the jurisdiction, and if so, whether they intend to appear in person or via VTC, and (5) the estimated duration of their testimonies.

(Dkt. No. 464)

Pursuant to the Court's order, the parties provide the following information:

(1) *Estimated length of trial*

    1.5 months (assuming 4.5 days a week)

1

(2) *Number of witnesses each party intends to call to testify at trial*

Government: Approximately 52 witnesses

Defendant:   No anticipated witnesses

(3) *Estimated duration of testimonies[1]  (unless otherwise indicated, all witnesses will testify in Spanish and are located in Puerto Rico)*

**Government witnesses** *(time estimates are for direct examination only)*

*General Testimony on Defendant's Confessions*

| FBI task force agent | 3 hours |
|---|---|
| Police agent no. 1 | 3 hours |
| Police agent no. 2 | 3 hours |

*Carjacking of 2010 Mitsubishi Outlander & Brandishing of firearm (1.12.18) (Counts 1 & 2)*

| Victim no. 1 | 1 hour |
|---|---|
| Victim no. 2 | 1 hour |
| Police agent who responded to scene | 1.5 hours |

---

[1] The United States reserves the right to call additional witnesses or not to call witnesses on this list.

2

*Carjacking of 2005 Infinity & Brandishing of Firearm* (1.13.18) (Counts 3 & 4)

| | |
|---|---|
| Victim no. 1 | 1 hour |
| Victim no. 2 | 1 hour |
| Police agent who responded to scene | 1.5 hours |
| Custodian of video | 20 minutes |

*Carjacking of motorcycle & Use of firearm causing murder* (1.13.18) (Counts 5 & 6)

| | |
|---|---|
| Witness no. 1 | 1 hour |
| Video custodian | 20 minutes |
| Agent for chain of custody of video | 20 minutes |
| Police agent no. 1 | 1.5 hours |
| Police agent no. 2 | 1.5 hours |
| Homicide detective | 2 hours |
| Forensic science agent no. 1 | 1.5 hours |
| Forensic science agent no. 2 | 30 minutes |
| Pathologist | 1.5 hours |
| Ballistic analyst | 1 hour |
| Interstate nexus witness | 30 minutes |

*Robbery of Tripletas Mixtas Ruiz & Use of firearm causing murder (1.14.18) (Counts 7 & 8)*

| | |
|---|---|
| Witness no. 1 | 1.5 hours |
| Witness no. 2 | 1.5 hours |
| Video custodian | 20 minutes |
| Agent for chain of custody of video | 20 minutes |
| Police agent | 1.5 hours |
| Forensic science agent | 1.5 hours |
| Pathologist | 1.5 hours |
| Ballistic analyst | 1 hour |
| Interstate nexus witness | 30 minutes |

*Carjacking of gray Toyota Tacoma & Use of firearm causing murder (1.14.18) (Counts 9 & 10)*

| | |
|---|---|
| Agent who oversaw murder scene | 1.5 hours |
| Investigative agent | 1.5 hours |
| Homicide detective | 2 hours |
| Forensic science agent no. 1 | 1.5 hours |
| Forensic science agent no. 2 | 30 minutes |
| Pathologist | 1.5 hours |

| Ballistic analyst | 1 hour |
|---|---|
| Interstate nexus witness | 30 minutes |

*Robbery of El Invader ("Fritanga") business & Use of firearm causing murder (1.11.18) (Counts 13 & 14)*

| Police agent no. 1 | 1.5 hours |
|---|---|
| Police agent no. 2 | 1.5 hours |
| Homicide detective | 2 hours |
| Forensic science agent no. 1 | 1.5 hours |
| Forensic science agent no. 2 | 30 minutes |
| Pathologist | 1.5 hours |
| Ballistic analyst | 1 hour |
| Interstate nexus witness | 30 minutes |

*Carjacking of Mitsubishi Lancer & Brandishing of firearm (11.24.17) (Counts 15 & 16)*

| Victim no. 1 | 1 hour |
|---|---|
| Victim no. 2 | 1 hour |
| Police agent no. 1 | 1 hour |
| Police agent no. 2 | 1 hour |

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 18th day of March, 2021.

| | |
|---|---|
| Francisco Rebollo Casalduc Law Office<br>Francisco Rebollo-Casalduc<br><br>*s/ Francisco Rebollo-Casalduc*<br>PO Box 195571<br>San Juan, Puerto Rico 00919<br>Tel: 787-765-0505<br>rebollolaw@gmail.com | W. STEPHEN MULDROW<br>UNITED STATES ATTORNEY<br><br>*s/ Jonathan Gottfried*<br>Jonathan Gottfried, U.S.D.C.-PR G02510<br>Assistant United States Attorney<br>United States Attorney's Office<br>350 Carlos Chardon Ave.<br>San Juan, PR 00918<br><br>*s/ Luis A. Valentin*<br>Luis A. Valentin, U.S.D.C.-PR G03115<br>Assistant United States Attorney<br>United States Attorney's Office<br>350 Chardon Avenue<br>San Juan, PR, 00918 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of March, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

*s/ Jonathan Gottfried*
Assistant United States Attorney