UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America,
    *Plaintiff*,

v.

Dereck Munoz-Nieves,
    *Defendant*.

CRIM NO. 18-023 (PAD)

### INFORMATIVE AND IN COMPLIANCE MOTION WITH COURT ORDER AT DKT. 507, REQUEST TO WITHDRAW CHANGE OF PLEA MOTION, AND SCHEDULING OF TRIAL

TO THE HONORABLE COURT:

    COMES NOW *Dereck Munoz-Nieves*, through the undersigned attorney, and respectfully states and prays as follows:

1.    Per *Dkt*. 507 the Court ordered the defense to refile the change of plea motion previously filed at *Dkt*. 506 to comply with this Court's Standing Order, Misc. 21-0097(PAD) (we apologize for our noncompliance).

2.    As sometimes happens, however, the defendant has elected to withdraw his change of plea motion and request that the case be scheduled for trial (there is already a trial date set in this case). Thus, we would not be filing an amended change of plea motion.

**WHEREFORE,** the defense respectfully requests that the Court grant the above.

RESPECTFULLY SUBMITTED.

    In San Juan, Puerto Rico, this the 28th day of June, 2022.

    **LAW OFFICES OF
FRANCISCO REBOLLO-CASALDUC**
    P.O. Box 195571
    San Juan, Puerto Rico, 00919

Tel. 787-765-0505

*s/Francisco Rebollo-Casalduc*
Francisco Rebollo-Casalduc
USDC-PR No. 205603
rebollolaw@gmail.com

## **CERTICATE OF SERVICE**

    IT IS HEREBY CERTIFIED that on this same date we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Francisco Rebollo-Casalduc*